In the Matter of the Claim of MARIA MARCHETTI, Respondent, *v.* W. S. BERNAGOZZI et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's Compensation Law — death from asphyxiation — dependency of mother.*

*Marchetti* v. *Bernagozzi*, 199 App. Div. 948, affirmed.
(Argued February 28, 1922; decided March 14, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1921, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's son, while in the employ of defendant Bernagozzi, was overcome by gas .generated from the fermentation of grapes in the making of wine, resulting in his death. Objection to an award for such death was based upon the ground that there was no sufficient evidence of dependency.

*William Warren Dimmick* for appellants.
*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and CRANE, JJ.